## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**TANESHEA POINTER**                                                                                     **PLAINTIFF**

**VS.**                                                    **3:07CV00092JMM**

**TARGET**                                                                                                       **DEFENDANT**

### ORDER

After consideration of the motion to admit counsel Thomas A. Davis and Gregory L. Smith, Jr. *pro hac vice*, and it appearing to the Court that Messrs. Davis and Smith meet the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion, docket # 15, should be, and hereby is, GRANTED.

IT IS SO ORDERED this 1st day of August, 2007.

_____
James M. Moody
United States District Judge