IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TANESHEA POINTER**                                                                 **PLAINTIFF**

VS.                              CASE NO. 3:07CV00092 JMM

**TARGET**                                                                           **DEFENDANT**

### ORDER

The Motion For *Pro Hac Vice* Admission of Counsel is granted (#31). For good cause, and pursuant to Local Rule 83.5(d) of the Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Micke A. Hemstreet is hereby permitted to appear and participate in this action as counsel for defendant.

IT IS SO ORDERED this __17__ day of January, 2008.

James M. Moody
United States District Judge