IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TANESHEA POINTER**                                                                                      **PLAINTIFF**

VS.                                              **CASE NO. 3:07CV00092 JMM**

**TARGET**                                                                                                **DEFENDANT**

**ORDER**

Based upon the parties' Joint Stipulation of Dismissal (#34), the complaint against the defendant in the above styled case is dismissed with prejudice   Each party is to bear their own costs and attorney's fees.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. If the parties desire any settlement agreement be made a part of the record herein, they are directed to reduce it to writing and file with the Court within 30 days of the date of this order.

IT IS SO ORDERED this __6__ day of March, 2008.

_____
James M. Moody
United States District Judge